**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Tomas RICO–REYES, Defendant–
Appellant.**

No. 14–40479
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 30, 2015.

Before HIGGINBOTHAM, JONES, and
HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Tomas Rico–Reyes has moved
for leave to withdraw and has filed a brief
in accordance with *Anders v. California,*
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), and *United States v. Flores,* 632
F.3d 229 (5th Cir.2011). Rico–Reyes has
not filed a response. We have reviewed
counsel's brief and the relevant portions of
the record reflected therein. We concur
with counsel's assessment that the appeal
presents no nonfrivolous issue for appel-
late review. Accordingly, counsel's motion
for leave to withdraw is GRANTED, coun-
sel is excused from further responsibilities

\* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

herein, and the APPEAL IS DISMISSED.
*See* 5TH CIR. R. 42.2.

\* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.